# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> Jon Hamilton, Jr. <br> Defendant. | 17-MJ-3190 <br> ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (X) the appearance of defendant as required; and/or

(B) ( ) the safety of any person or the community.

//
//

The court concludes:

A. ( ) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____
_____
_____
_____

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_____
_____
_____
_____

IT IS ORDERED that defendant be detained.

DATED: 12/18/17

_____
JOHN E. MCDERMOTT
UNITED STATES MAGISTRATE JUDGE

2